MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA S. MORSE,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | No.<br><br><br><br><br><br>JURY DEMANDED |

COMPLAINT

JURISDICTION

1. The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

PRELIMINARY STATEMENT

2. The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA"), and of state law obligations brought as supplemental claims.

/ / /

/ / /

3. Plaintiff is a natural person and is a resident and citizen of the State of Nevada and of the United States. Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

4. The Defendant EQUIFAX INFORMATION SERVICES LLC, ("EQUIFAX") is a corporate entity licensed to do business in the State of Nevada.

5. Equifax is a consumer reporting agency, as defined in § 1681(f) of the FCRA, regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing consumer reports, as defined in § 1681a(d) of the FCRA, to third parties.

FACTUAL ALLEGATIONS

6. Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of the Defendant.

7. Plaintiff was an authorized user (AU) *only* on both the Capital One and USAA credit card accounts underlying this action.

8. Plaintiff's former spouse, Sean Morse, was the sole obligor.

9. On March 24, 2011 Plaintiff and Mr. Morse divorced.

10. On November 14, 2011 Plaintiff requested Defendant delete both accounts advising she was an authorized user *only* (Exhibit 1).

11. Plaintiff additionally explained that she had no personal liability for either account.

12. Plaintiff also expressed:

> Please do not "verify" either of these accounts absent production by Capital One and/or USAA of the credit card application bearing my signature.

> Respectfully, if you simply *parrot* a verification without first acquiring the application itself, I will be forced to sue you, USAA and/or Capital One under the Fair Credit Reporting Act.

13. Notwithstanding, Defendant verified each account without explanation (Exhibit 2).

14. The Capital One account reflects extensive delinquencies.

15. The USAA account reflects Plaintiff's ostensible obligation of nearly $14,000.00.

16. Exhibit 2 additionally reflects the verification of two accounts not at all disputed.

17. Both Capital One and USAA have since instructed deletion of the disputed accounts (Exhibits 3 and 4).

STATEMENT OF CLAIM AS AGAINST DEFENDANT

18. In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

a. By willfully and/or negligently failing, in the preparation of the consumer reports concerning Plaintiff, to follow reasonable procedures to assure maximum possible accuracy of the information in the reports.

b. By willfully and/or negligently failing to comport with FCRA § 1681i.

/ / /

/ / /

/ / /

/ / /

/ / /

PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant the following relief as against Defendant:

a. actual damages;

b. punitive damages;

c. attorney's fees; and

d. costs.

Respectfully submitted,

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV 89102
Attorney for Plaintiff

November 14, 2011

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

EQUIFAX INFORMATION SERVICES, LLC.
P. O. Box 740241
Atlanta, Georgia 30374

Re: Alicia Sarah Morse

Dear Sir:

This letter is a dispute. I've attached an excerpt from my recent credit profile.

I provide my personal information: Alicia S. Morse; Spouse: N/A; current address: 7228 Eve Court, Las Vegas, Nevada 89145; previous address: 319 Centre Avenue, Apt. 105, Rockland, MA 02370; SSN [redacted] 1337; date of birth: April 4, 1973.

Please delete the bracketed Capital One Bank and USAA Credit Card bank account tradelines. I was an authorized user only on each of these cards. However, each erroneously reflects my status as a "Joint account" holder, indicating I am personally liable. My ex-husband originally opened these accounts and I never independently submitted a written application.

Please do not "verify" either of these accounts absent production by Capital One and/or USAA of the credit card application bearing my signature. Respectfully, if you simply *parrot* a verification without first acquiring the application itself, I will be forced to sue you, USAA and/or Capital One under the Fair Credit Reporting Act.

Thank you in advance for your anticipated cooperation.

Sincerely,

Alicia S. Morse

Enclosures

cc: Capital One (via certified mail, return receipt requested)
USAA Credit Card Bank (via certified, mail return receipt requested)

EXHIBIT 1

Print This Page | Close Window

Save as PDF

## Equifax Credit Report ™ for Alicia S. Morse

As of: 10/03/2011.
Available until: 11/02/2011
Confirmation #: 1776288381

Report Does Not Update

**Important. Please print this report as it will only be available for you to view during this session with Equifax. If you would like to view this credit report online free for 30 days, click here.**

| Section Title | Section Description |
|---|---|
| 1. Credit Summary | Summary of account activity |
| 2. Account Information | Detailed account information |
| 3. Inquiries | Companies that have requested or viewed your credit information |
| 4. Negative Information | Bankruptcies, liens, garnishments and other judgments |
| 5. Personal Information | Personal data, addresses, employment history |
| 6. Dispute File Information | How to dispute information found on this credit report |
| 7. Summary of Your Rights Under the FCRA | Summary of Your Rights Under the FCRA |
| 8. Remedying the Effects of Identity Theft | Remedying the Effects of Identity Theft |
| 9. Your Rights Under State Law | Your Rights Under State Law |

## Credit Summary

Your Equifax Credit Summary highlights the information in your credit file that is most important in determining your credit standing by distilling key credit information into one easy-to-read summary.

### Accounts

Lenders usually take a positive view of individuals with a range of credit accounts - car loan, credit cards, mortgage, etc. - that have a record of timely payments. However, a high debt to credit ratio on certain types of revolving (credit card) accounts and installment loans will typically have a negative impact.

| Open Accounts | Total Number | Balance | Available | Credit Limit | Debt to Credit Ratio | Monthly Payment Amount | Accounts with a Balance |
|---|---|---|---|---|---|---|---|
| Mortgage | 1 | $116,361 | $0 | $135,375 | 86% | $1,021 | 1 |
| Installment | 1 | $2,090 | $0 | $12,000 | 17% | $243 | 1 |
| Revolving | 10 | $21,674 | $3,626 | $25,300 | 86% | $135 | 3 |
| Other | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Total | 12 | $140,125 | $3,626 | $172,675 | 81% | $1,399 | 5 |

**Debt by Account Type** **Debt to Credit Ratio by Account Type**

81-Month Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | • | • | • | • | • | • | • | • | | | | |
| 2010 | • | • | • | • | • | • | • | • | • | • | • | • |
| 2009 | • | • | • | • | • | • | • | • | • | • | • | • |
| 2008 | • | • | • | • | • | • | • | • | • | • | • | • |
| 2007 | | | | • | • | • | • | • | • | • | • | • |

| | | | | | | |
|---|---|---|---|---|---|---|
| USAA FEDERAL SAVINGS | 549123725772XXXX | 10/1998 | $14,142 | 09/2011 | PAYS AS AGREED | $15,300 |

USAA SAVINGS BANK

10750 W Ih 10
San Antonio, TX-782881600

| | | | |
|---|---|---|---|
| Account Number: | 549123725772XXXX | Status: | PAYS AS AGREED |
| Account Owner: | Joint Account ✓ | High Credit: | $17,346 |
| Type of Account | Revolving | Credit Limit: | $15,300 |
| Term Duration: | | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 10/1998 | Balance: | $14,142 |
| Date Reported: | 09/2011 | Amount Past Due: | |
| Date of Last Payment: | 09/2011 | Actual Payment Amount: | $500 |
| Scheduled Payment Amount: | | Date of Last Activity: | 09/2011 |
| Date Major Delinquency First Reported: | | Months Reviewed: | 58 |
| Creditor Classification: | | Activity Designator: | N/A |
| Charge Off Amount: | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Flexible Spending Credit Card |
| Date of First Delinquency: | N/A | | |
| Comments: | | | |

81-Month Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | • | • | • | • | • | • | • | • | | | | |
| 2010 | • | • | • | • | • | • | • | • | • | • | • | • |
| 2009 | • | • | • | • | • | • | • | • | • | • | • | • |
| 2008 | • | • | • | • | • | • | • | • | • | • | • | • |
| 2007 | • | • | • | • | • | • | • | • | • | • | • | • |
| 2006 | • | • | • | • | • | • | • | • | • | • | • | • |
| 2005 | • | • | • | • | • | • | • | • | • | • | • | • |
| 2004 | | | | | | | | | | | | • |

| | | | | | |
|---|---|---|---|---|---|
| WFNNB/VICTORIA'S SEC | 88250XXXX | 01/2001 | $0 | 04/2002 | PAYS AS AGREED |

WFNNB/VS

| CAPITAL ONE BANK USA | 529149954522XXXX | 08/2002 | $0 | 09/2011 | PAYS AS AGREED | $3,300 |
|---|---|---|---|---|---|---|

CAPITAL ONE

PO Box 30281
Salt Lake City, UT-841300281

| Account Number: | 529149954522XXXX | Status: | PAYS AS AGREED |
|---|---|---|---|
| Account Owner: | Joint Account | High Credit: | $8,742 |
| Type of Account | Revolving | Credit Limit: | $3,300 |
| Term Duration: | | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 08/2002 | Balance: | $0 |
| Date Reported: | 09/2011 | Amount Past Due: | |
| Date of Last Payment: | 08/2011 | Actual Payment Amount: | $2,165 |
| Scheduled Payment Amount: | | Date of Last Activity: | 08/2011 |
| Date Major Delinquency First Reported: | | Months Reviewed: | 99 |
| Creditor Classification: | | Activity Designator: | Paid and Closed |
| Charge Off Amount: | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | 08/2011 | Type of Loan: | Credit Card |
| Date of First Delinquency: | N/A | | |
| Comments: | Account closed at consumers request | | |

81-Month Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | • | • | 30 | 60 | 90 | 120 | 150 | • | | | | |
| 2010 | • | • | • | • | • | • | • | • | • | • | • | • |
| 2009 | • | • | • | • | • | • | • | • | • | • | • | • |
| 2008 | • | • | • | • | • | • | • | • | • | • | • | • |
| 2007 | • | • | • | • | • | • | • | • | • | • | • | • |
| 2006 | • | • | • | • | • | • | • | • | • | • | • | • |
| 2005 | • | • | • | • | • | • | • | • | • | • | • | • |
| 2004 | | | | | | | | | | | | • |

| CHASE - PIER 1 | 588896414057XXXX | 07/2004 | $0 | 09/2008 | PAYS AS AGREED | $800 |
|---|---|---|---|---|---|---|

Chase Card Services

P.O.Box 15298
Mailstop DE1-1027
Wilmington, DE-19850
(800) 955-9900

| Account Number: | 588896414057XXXX | Status: | PAYS AS AGREED |
|---|---|---|---|
| Account Owner: | Individual Account. | High Credit: | $220 |
| Type of Account | Revolving | Credit Limit: | $800 |

**EQUIFAX**

P. O. Box 105518
Atlanta, GA 30348

EXHIBIT 2

003543

0010083530-3543
Alicia S Morse
7228 Eve Ct
Las Vegas, NV 89145-6015

## CREDIT FILE : December 15, 2011
## Confirmation # 1325029343

Dear Alicia S Morse:

Your request for Equifax to reinvestigate certain items of your credit file is now complete.

Below are your results and a report of your credit file revised, as applicable, as a result of the reinvestigation. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 661-5333 from 9:00am to 5:00pm Monday-Friday in your time zone.

Thank you for giving Equifax the opportunity to serve you.

**The Results Of Our Reinvestigation**

**>>> *We have reviewed the identification information. The results are:*** Please submit a copy of your driver's license or birth certificate to update your date of birth. ***Name: Alicia S Morse Ssn: 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 Birthdate: 9/4/1973***

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by *)*
*(This section includes open and closed accounts reported by credit grantors)*

| **Account History Status Code Descriptions** | | | |
|---|---|---|---|
| | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

**>>> *We have researched the credit account. Account # - 529149954522* The results are:*** Equifax verified that this item belongs to you. If you have additional questions about this item please contact: ***Capital One, PO Box 30281, Salt Lake City UT 84130-0281***

***Capital One Bank USA Na PO Box 30281 Salt Lake City UT 84130-0281***

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 529149954522* | 08/2002 | $8,742 | $3,300 | | Monthly | 99 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/2011 | $0 | $0 | 08/2011 | $2,155 | $0 | | 08/2011 | | $0 | | $0 | | 08/2011 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Joint Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request; Consumer Disputes This Account Information; Credit Card;

| Account History with Status Codes | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 |
|---|---|---|---|---|---|
| | 5 | 4 | 3 | 2 | 1 |

( Continued On Next Page )

Case 2:13-cv-00715-APG-PAL Document 1 Filed 04/26/13 Page 10 of 12

>>> ***We have researched the credit account. Account # - 549123725772* The results are:*** Equifax verified that this item belongs to you. If you have additional questions about this item please contact: ***USAA Savings Bank, 10750 W IH 10, San Antonio TX 78288-1600***

***USAA Federal Savings Bank 10750 W Ih 10 San Antonio TX 78288-1600***

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 549123725772* | 10/1998 | $17,346 | $15,300 | | Monthly | 60 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/2011 | $13,872 | $0 | 10/2011 | $0 | $0 | | 11/2011 | | $0 | | $0 | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Flexible Spending Credit Card; Whose Account - Joint Account; ADDITIONAL INFORMATION - ;

>>> ***We have researched the credit account. Account # - 549123731273* The results are:*** Equifax verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: ***USAA Savings Bank, 10750 W IH 10, San Antonio TX 78288-1600***

***USAA Federal Savings Bank 10750 W Ih 10 San Antonio TX 78288-1600***

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 549123731273* | 04/2007 | $0 | $2,000 | | Monthly | 55 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/2011 | $0 | $0 | | $0 | $0 | | | | $0 | | $0 | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Credit Card;

>>> ***We have researched the credit account. Account # - 6163* The results are:*** Equifax verified that this item belongs to you. If you have additional questions about this item please contact: ***USAA Federal Savings Bk, 10750 W IH 10, USAA Building Bk P3 East, San Antonio TX 78288-1600 Phone: (800) 531-2265***

***USAA Federal Savings Bank PO Box 47504 San Antonio TX 78265-7504 : (512) 498-7532***

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 6163* | 04/2007 | $13,000 | $0 | 60 Months | Monthly | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/2011 | $0 | $0 | 04/2007 | $13,000 | $277 | | 04/2007 | | $0 | | $0 | | 04/2007 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request; Consumer Disputes After Resolution; Auto;

( Continued On Next Page )

## Universal Data Form

AUD Correction Indicator: Update ☐ Delete ☑ Delete due to fraud ☐

| Subscriber Name: Capital One | Equifax SC: |
|---|---|
| Subscriber Address: | Experian SC: |
| | Innovis SC: |
| | TU SC: |

### Consumer Information

| Last Name | First Name | Middle Name | Gen | SSN | DOB |
|---|---|---|---|---|---|
| MORSE | ALICIA | | | [redacted]1337 | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| 7228 EVE CT | LAS VEGAS | NV | 89145 |

| Previous Last Name | Previous First Name | Previous Middle Name | Previous Gen. |
|---|---|---|---|
| | | | |

| Previous Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: 2 | Phone: |
|---|---|---|

### Employment Information

| Employer Name: | Occupation: |
|---|---|

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

### Associated Consumer Information

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| | | | | | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| | | | | | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|

### Account Information

| Account Number | Date Opened | Current Balance | Amount Past Due | Portfolio Type | Credit Limit | High Credit | Schedule Monthly | SCC | CCC |
|---|---|---|---|---|---|---|---|---|---|
| 5291499545227523 | 08-15-2002 | | | R | | | | | |

| Term Dur./Freq. | Date Closed | Actual Payment | Date of Last Payment | Account Status | Payment Rating | Account Type | Interest Type Indicator | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| / | | | | DA | | 18 | | | | |

| Original Creditor Name | Creditor Classification | Mortgage Agency Identifier | Sec Marketing Agency Id Account # | Specialized Payment Indicator |
|---|---|---|---|---|
| | | | | |

| Purchased Portfolio or Sold Name | Portfolio Indicator | Deferred Payment Start Date | Balloon Payment Due Date | Balloon Payment Amount |
|---|---|---|---|---|
| | | | | |

| Mortgage Id # | | AUD Control # | 59222144 |
|---|---|---|---|

### Account History

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - |

Submitted By: Tel#:
Date: /

By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.

EXHIBIT 3

# Universal Data Form

AUD Correction Indicator: Update ☐ Delete ☑ Delete due to fraud ☐

| | |
|---|---|
| Subscriber Name: USAA Federal Savings Bank | Equifax SC: 650ON10000 |
| Subscriber Address: 10750 McDermott Freeway,San Antonio,TX,782880544 | Experian SC 3271200 |
| | Innovis SC: |
| | TU SC: 3112012 |

## Consumer Information

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| MORSE | ALICIA | S | | [redacted]1337 | 04-04-1973 |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| 7228 EVE CT | LAS VEGAS | NV | 89145 |

| Previous Last Name | Previous First Name | Previous Middle Name | Previous Gen |
|---|---|---|---|
| | | | |

| Previous Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

Consumer Information Indicator: ECOA: 1 Phone:

## Employment Information

Employer Name: Occupation:

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

## Associated Consumer Information

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| | | | | | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

Consumer Information Indicator: ECOA: Phone:

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| | | | | | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

Consumer Information Indicator: ECOA: Phone:

## Account Information

| Account Number | Date Opened | Current Balance | Amount Past Due | Portfolio Type | Credit Limit | High Credit | Schedule Monthly | SCC | CCC |
|---|---|---|---|---|---|---|---|---|---|
| 5491237257720683 | 10-07-1998 | | | R | | | | | |

| Term Dur./Freq. | Date Closed | Actual Payment | Date of Last Payment | Account Status | Payment Rating | Account Type | Interest Type Indicator | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| / | | | | DA | | 0G | | | | |

| Original Creditor Name | Creditor Classification | Mortgage Agency Identifier | Sec. Marketing Agency Id Account # | Specialized Payment Indicator |
|---|---|---|---|---|
| | | | | |

| Purchased Portfolio or Sold Name | Portfolio Indicator | Deferred Payment Start Date | Balloon Payment Due Date | Balloon Payment Amount |
|---|---|---|---|---|
| | | | | |

Mortgage Id # AUD Control # 64614363

## Account History

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Submitted By: Maricela Rodriguez
Date: 03-27-2013

Tel#: (210) 443-6182

By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.

EXHIBIT 4